IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAGS TO RICK PRODUCTIONS INC.<br><br>        Plaintiff<br><br>   v.<br><br>OWN LLC<br><br>        Defendant | Case No: 14-cv-06290<br><br>Judge Manish S. Shah |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rags to Rick Productions Inc., by and through its undersigned counsel of record, voluntarily dismisses without prejudice the complaint against Defendant OWN LLC in the above-captioned action. Defendant has not appeared or served either an answer or a motion for summary judgment in this matter.

Dated: August 22, 2014

Respectfully submitted,

DENTONS US LLP

By: /s/ Samuel Fifer

Samuel Fifer
Tiffany L. Amlot
R. Cantrell Jones
Azi M. Lowenthal
samuel.fifer@dentons.com
tiffany.amlot@dentons.com
r.cantrell.jones@dentons.com
azi.lowenthal@dentons.com
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000

*Attorneys for Plaintiff*
*Rags to Rick Productions Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2014 a copy of the foregoing was filed electronically via the ECF filing system.

/s/ Samuel Fifer