## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Rags to Rick Productions Inc.

                            Plaintiff,

v.                                                    Case No.: 1:14–cv–06290

                                                     Honorable Manish S. Shah

OWN LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2014:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the Notice of Voluntary Dismissal [12] filed by the Plaintiff, this case is hereby dismissed without prejudice with each party to bear its own costs and attorneys' fees. Terminate civil case. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.